NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMIE B. SWIDECKI,**
*Petitioner,*

v.

**DEPARTMENT OF COMMERCE,**
*Respondent.*

---

2011-3049

---

Petition for review of the Merit Systems Protection Board in case no. SF4324090759-B-1.

---

**ON MOTION**

---

**ORDER**

The Department of Commerce moves for an 8-day extension of time, until April 4, 2011, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

___MAR 1 7 2011___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jamie B. Swidecki
     Jessica R. Toplin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK